# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

## CASE NO.: 6:15-cv-00102-ACC-22DAB

**DIANA SIMMONS**

    Plaintiff,

v.

**THE CBE GROUP, INC.**

    Defendant.

## STIPULATION OF DISMISSAL WITH PREJUDICE

An amicable settlement of all matters and things in dispute between the parties hereto having been made, it is hereby:

**STIPULATED AND AGREED** by and between the respective parties hereto that the above causes as to and between **DIANA SIMMONS** and **THE CBE GROUP, INC.** are dismissed with prejudice, and each party is to bear their own costs and attorneys' fees.

DATED: October 27, 2015.

| | |
|---|---|
| MILITZOK & LEVY, P.A. | Golden Scaz Gagain, PLLC |
| Attorneys for the Plaintiff | Attorneys for the Defendant |
| The Yankee Clipper Law Center | 201 N. Armenia Avenue |
| 3230 Stirling Road, Suite 1 | Tampa, FL  33609 |
| Hollywood, Florida 33021 | Telephone: 813-251-5500 |
| Telephone: (954) 727-8570 | Email: spspengler@gsgfirm.com |
| Email: mjm@mllawfl.com | |
| | |
| By: /s/ Matthew J. Militzok | By: /s/ Sangeeta Spengler, Esq. |
|     Matthew J. Militzok, Esq. |     Sangeeta Spengler, Esq. |
|     Florida Bar No. 0153842 |     Florida Bar No. 0186864 |